**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| LAURENE MEGER,　　　　　Plaintiff,<br><br>　　　　　v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　　Defendants. | Case No. 23-cv-16015<br>**RULE 7.1 DISCLOSURE STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, Defendants Shen Zhen Shi Yi Lin Dian Zi Shang Wu Ltd. ("Yisue" store) and Shan Wei Shi Cheng Qu Mei Ye Le Fu Zhuang Dian ("Qgao" store), by their attorneys, hereby states that both corporations have no parent corporation, and that no publicly held corporation owns 10% or more of their respective stock.

Dated: Flushing, New York
December 29, 2020

　　　　　　　　　　　　　　　　　　　　　　/s/ *Shan Zhu*

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SHAN ZHU
　　　　　　　　　　　　　　　　　　　　　　*Admitted pro hac vice*
　　　　　　　　　　　　　　　　　　　　　　3511-B Farrington Street
　　　　　　　　　　　　　　　　　　　　　　#335
　　　　　　　　　　　　　　　　　　　　　　Flushing, NY 11040
　　　　　　　　　　　　　　　　　　　　　　Shan.zhulaw@gmail.com
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*